THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HARRY VAN ARSDALE and MAX ROSENBERG, Respondents.

(Argued January 2, 1935; decided January 8, 1935.)

*James D. C. Murray* for motion.

*William Copeland Dodge, District Attorney* (*John C. McDermott* of counsel), opposed.

Motion granted and appeal dismissed.